1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9
10
11
12
13

JEAN PIERRE REY and ILZE SILARASA,

          Plaintiffs,

v.

MICHEL REY, et al.,

          Defendants.

CASE NO. C14-5093 BHS

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' PETITION FOR AN AWARD OF FEES AND COSTS

14
15
16
17

      This matter comes before the Court on Defendants Defendants Builders Surplus Northwest Inc., Nevawa, Inc., Michel Rey, Renee Rey, US Growing Investments, Inc., US Investment Group Corporation, and Visitrade, Inc. ("Defendants") petition for an award of fees and costs (Dkt. 79).

18
19
20
21

      On August 12, 2014, the Court granted Defendants' request for fees and costs because Plaintiffs Jean Pierre Rey and Ilze Silarasa ("Plaintiffs") improperly filed lis pendens. Dkt. 78. On August 28, 2014, Defendants filed the instant petition. Dkt. 79.

22

ORDER - 1

On September 3, 2014, Plaintiffs responded. Dkt. 81. On September 5, 2014, Defendants replied. Dkt. 84.

In this case, Plaintiffs object to Defendants' request for costs and request for future damages. With regard to the former, Defendants are entitled to their costs. *Szmania v. Countrywide Homes Loans, Inc.*, 160 Wn. App. 1002, *7 ("Thus, under RCW 4.28.328(2) . . . the plaintiff must pay the defendant's attorney fees and costs."). With regard to the latter, the Court agrees with Plaintiffs that the Court's order and removal of the lis pendens should end the matter, and the Court declines to grant Defendants an open ended option to file a motion for future damages. Therefore, the Court grants in part and denies in part Defendants' petition and awards Defendants $14,386.17 in fees and costs.

**IT IS SO ORDERED.**

Dated this 10 day of September, 2014.

BENJAMIN H. SETTLE
United States District Judge