HONORABLE BENJAMIN H. SETTLE

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| JEAN PIERRE REY, an individual; and ILZE SILARASA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MICHEL REY and RENEE REY, husband and wife; US INVESTMENT GROUP CORPORATION, a Washington corporation; US GROWING INVESTMENTS INC., a Washington corporation; VISITRADE INC., a Washington corporation; BUILDERS SURPLUS NORTHWEST INC., a Washington corporation;<br><br>Defendants. | No. 3:14-cv-5093<br><br>**AMENDED JUDGMENT IN A CIVIL CASE** |

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Plaintiffs' case is DISMISSED. Furthermore, based on the court's orders entered on August 12, 2014 and September 10, 2014, the Court enters judgment in favor of Defendants in the amount of $14,386.17, which amount reflects

AMENDED JUDGMENT - 1

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  fees and costs awarded to Defendants pursuant to RCW 4.28.328 in connection with obtaining

2  the cancellation of certain notices of lis pendens filed by Plaintiffs.  Plaintiffs shall pay

3  interest on the $14,386.17 at the rate set in 28 U.S.C. § 1961 beginning on the date of entry of

4  this amended judgment.  Case is closed.

5       DATED this 6th day of January, 2015

William M. McCool
Clerk of Court

Gretchen Craft, Deputy Clerk

Presented by:

**CORR CRONIN MICHELSON**
**BAUMGARDNER FOGG & MOORE LLP**

 s/ *Anthony Todaro*
Anthony Todaro, WSBA # 30391
Jeff Bone, WSBA #43965
1001 4th Avenue, Suite 3900
Seattle, WA 98154-1051
Telephone: 206-625-8600
Facsimile: 206-625-0900
Email: atodaro@corrcronin.com
      jbone@corrcronin.com

AMENDED JUDGMENT - 2

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900