Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ORTOLI ROSENSTADT, LLP., <br><br> Petitioner, <br><br> v. <br><br> JEAN PIERRE REY and ILZE SILARASA, <br><br> Respondents. | **NO. 3:14-cv-05093-BHS** <br><br> **ORDER UPON STIPULATION INCLUDING DISBURSEMENTS** <br><br> *<u>CLERK'S ACTION REQUIRED</u>* |

THIS MATTER having come before the Court upon Stipulation of the Parties, following motion of Petitioner Ortoli Rosenstadt, LLP ("Petitioner"), and the Court having reviewed the records and files in this matter, including the two Arbitration Awards issued by the Hon. Paris Kallas, and finding good cause therefor,

IT IS HEREBY ORDERED as follows:

A. Pursuant to the two Awards, Petitioner is entitled to the sum of $1,661,337.71 in damages.

ORDER UPON STIPULATION
*Rey, et un. v. Rey, et al.* - 1

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610

1       B.    Petitioner and Respondents have agreed to reduce the above amount by

2 $50,702.00. Thus, the total amount to which Petitioner is entitled is $1,610,635.71.

3       C.    Petitioner is holding the sum of $80,101.32 in its firm escrow account, being the

4 balance remaining of an amount of $180,000.00 deposited with Petitioner on January 14, 2020

5 from funds in the Court Registry, for the purpose of paying common expenses of Petitioner and

6 Respondents in connection with this litigation.

7       D.    Ortoli Rosenstadt LLP is authorized to disburse to itself the sum of $80,101.32

8 currently held in its Client Trust Account as part of this award.

9       E.    Taking the above into account, the net sum of $1,530,534.39 shall be disbursed

10 from funds in the Court Registry in this matter, as follows:

11       1. The clerk is authorized and directed to draw a check on the funds deposited on the registry of this Court in the principal amount of $1,436,919.56 plus all accrued interest, minus any statutory users fees, payable to the law firm of Ortoli Rosenstadt, LLP, and mail or deliver the check to said firm at 366 Madison Avenue, 3rd floor, New York, NY 10017; and

16       2. The clerk is authorized and directed to draw a check on the funds deposited on the registry of this Court in the principal amount of $93,614.83 plus all accrued interest, minus any statutory users fees, payable to the law firm of Mark Douglas Kimball P.S., dba MDK Law, and mail or deliver the check to said firm at 777 108th Avenue Northeast, Suite 2000, Bellevue, Washington 98004.

ORDER UPON STIPULATION
*Rey, et un. v. Rey, et al.* - 2

F.  Pursuant to the agreement of the parties, all of the watches at issue in this case and identified in the initial Arbitration Award currently in the possession of Respondent's counsel, Mike Hunsinger, may be retained by Respondents;

G.  Following the disbursements identified above; all claims of Ortoli Rosenstadt and the awards set forth in the two Arbitration Awards referred to above shall be deemed satisfied, and the withdrawal of the law firm of MDK Law, including counsel Mark D. Kimball and Dennis Kasimov shall be deemed effected and approved by the Court.

H.  The balance of the funds in the Court registry shall remain in the registry until further order by the Court.

DONE IN OPEN COURT this 10th day of August, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge

Approved for Entry:

MDK Law, By:

*/s/ Mark Douglas Kimball*
_____
Mark D. Kimball WSBA # 13146
Dennis R. Kasimov WSBA #51303

ORDER UPON STIPULATION
*Rey, et un. v. Rey, et al.*   - 3

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610

1  Approved Entry:

2

3  */s/ Mike D. Hunsinger (per email authorization)*
   _____
4  Mike Hunsinger WSBA # 7662

ORDER UPON STIPULATION
*Rey, et un. v. Rey, et al.*   - 4

**MDK LAW**
777 108th Avenue Northeast, Suite 2000
Bellevue, Washington 98004
(425) 455-9610