Honorable Benjamin H. Settle *Ex Parte*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEAN PIERRE REY, an individual, and ILZE SILARASA,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>MICHEL REY and RENEE REY, husband and wife; et al,<br><br>　　　　　　　　Defendants | NO. 3:14-cv-05093-BHS<br><br>*CLERK'S ACTION REQUIRED* |

ORDER ON PLAINTIFFS'
MOTION TO DISBURSE

THIS MATTER having come before the Court upon the motion of Jean Pierre Rey, one of the Plaintiffs herein. The Plaintiff, Jean Pierre Rey was represented by Craig S Sternberg of Sternberg Thomson Okrent & Scher, PLLC. The Court considered the motion, the files and records herein and any response filed; and being fully advised in the premises and finding good cause therefor,

ORDER ON MOTION TO DISBURSE

Page 1

*STERNBERG THOMSON OKRENT & SCHER, P.L.L.C.*
*2033 SIXTH AVENUE, SUITE 251*
*SEATTLE, WASHINGTON 98121*
*(206) 386-5438/FAX (206) 374-2868*

1    IT IS HEREBY ORDERED as follows:

2    The remaining funds in the Court Registry, which as of November 8, 2021, is
3    $377,336.65 shall be disbursed as follows:

4    1.    The Clerk's fees and costs for disbursements shall be paid to or retained by the
5    Clerk.

6    2.    A check for Twenty Five Thousand and no/100 ($25,000.00) dollars shall be
7    made payable to Sternberg Thomson Okrent & Scher, PLLC Trust Account and sent to Craig S
8    Sternberg at Sternberg Thomson Okrent & Scher, PLLC at 2033 Sixth Avenue, Ste. 251, Seattle,
9    WA 98121.

10   3.    Fifty (50%) per cent of the balance of the Principal plus fifty (50%) per cent of all
11   accrued interest less fifty (50%) of all accrued costs, shall be made payable to Jean Pierre Rey
12   c/o attorney Craig S Sternberg; and

13   4.    Fifty (50%) per cent of the balance of the Principal plus fifty (50%) per cent of all
14   accrued interest less fifty (50%) of all accrued costs, shall be made payable to Ilze Reja c/o
15   attorney Craig S Sternberg.

16   IT IS NOW THEREFORE

17   ORDERED that the Clerk is authorized and directed to draw a check on the funds deposited
18   in the registry of this Court in the principal amount of Twenty Five Thousand Dollars and no/100
19   ($25,000.00) payable to **Sternberg Thomson Okrent & Scher, PLLC Trust** and mail or deliver
20   the check to **Craig S Sternberg at Sternberg Thomson Okrent & Scher, PLLC, 2033 Sixth**
21   **Avenue, Ste. 251, Seattle, WA 98121.** It is further

24   ORDER ON MOTION TO DISBURSE

25   Page 2

ORDERED that the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of One Hundred Seventy Six Thousand, One Hundred and Sixty Eight Dollars and 32/100 ($176,168.32) plus one half of any accrued interest, minus any statutory users fees, payable to **Jean Pierre Rey** and mail or deliver the check to **Craig S Sternberg at Sternberg Thomson Okrent & Scher, PLLC, 2033 Sixth Avenue, Ste. 251, Seattle, WA 98121.** It is further

ORDERED that the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this Court in the principal amount of One Hundred Seventy Six Thousand, One Hundred and Sixty Eight Dollars and 33/100 ($176,168.33) plus one half of any accrued interest, minus any statutory users fees, payable to **Ilze Reja** and mail or deliver the check to **Craig S Sternberg at Sternberg Thomson Okrent & Scher, PLLC, 2033 Sixth Avenue, Ste. 251, Seattle, WA 98121.**

The Clerk shall close the case.

DONE this 10th day of November, 2022

_____
HON. BENJAMIN H. SETTLE
United States District Court Judge

Presented by

Sternberg Thomson Okrent & Scher, PLLC

*/s/ Craig S Sternberg*
_____
Craig S Sternberg, WSBA No. 521
2033 Sixth Avenue, Ste. 251
Seattle, WA 98121
206 386-5438 // FAX 206 374-2868
craig@stoslaw.com
Attorneys for Jean Pierre Rey

ORDER ON MOTION TO DISBURSE

Page 3

*STERNBERG THOMSON OKRENT & SCHER, P.L.L.C.*
*2033 SIXTH AVENUE, SUITE 251*
*SEATTLE, WASHINGTON 98121*
*(206) 386-5438/FAX (206) 374-2868*